UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

SUNIL KUMAR SHARMA,
    Petitioner,               )
                              )
v.                             )      Case No: 26-cv-00193-JJM-AEM
                              )
DAVID T. WESLING, *et al.*,     )
                              )
    Respondents..           )

**JOINT STIPULATION FOR DISMISSAL AND ORDER]**

Pursuant to Fed. R. Civ. P. 41(a)(2), Petitioner Sunil Kumar Sharma, and Respondents, [1] stipulate that the Petitioner's Writ of Habeas Corpus, ECF No. 1, shall be dismissed, without prejudice, on the following terms:

(1) Respondents will release Petitioner from the ICE Boston Field Office in Burlington, Massachusetts on a Form I-220B, Order of Supervision within 24 hours of the parties filing this joint stipulation. To do so, Respondents will have to transfer Petitioner from the Wyatt Detention Center in Central Falls, Rhode Island to the ICE Boston Field Office in Burlington, Massachusetts to process his release and return his personal property, which is stored at the ICE Boston Field Office.

(2) The OSUP will mirror the same conditions as the OSUP that was issued to Petitioner on June 1, 2022, which will not include GPS monitoring;

---

[1] The U.S. Attorney's Office does not represent Mr. Nessinger.

1

(3) The Petitioner's property will be returned to him upon his release from

the ICE Boston Field Office in Burlington, Massachusetts; and

(4) The parties will bear their own costs, expenses, and claims to interest and

attorney's fees.

Respectfully submitted,

UNITED STATES OF AMERICA,
By its Attorneys,

CHARLES C. CALENDA
United States Attorney

/s/Denise M. Barton

_____

DENISE MARIE BARTON
Assistant U.S. Attorney
One Financial Plaza, 17th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5001 (Fax)
Email:  denise.barton@usdoj.gov


COUNSEL FOR PETITIONER

/s/George J. West

_____

George J. West
George J. West & Associates
One Turks Head Place, Ste. 312
Providence, RI 02903
T: (401) 861-9042
F: (401) 861-0330 gjwest@georgejwestlaw.co

Sameer Ahmed
Sarah Libowsky
Manav Mathews, Supervised Law Student
Divya Vatsa, Supervised Law Student

2

Harvard Immigration and Refugee Clinical
Program Harvard Law School
6 Everett Street Cambridge, MA 02138
T: (617) 384-0088
F: (617) 495-8595
sahmed@law.harvard.edu
slibowsky@law.harvard.edu

Date: April 7, 2026


SO ORDERED:

_____
JOHN J. MCCONNELL
U.S. District Court Judge
date: March 8, 2026

3

## CERTIFICATION OF SERVICE

I hereby certify that on April 7, 2026, I electronically filed the foregoing Joint Stipulation and it is available for viewing and downloading from the Court's CM/ECF system, and that the participants in the case that are registered CM/ECF users will be served electronically by the CM/ECF system.

/s/ Denise M. Barton